## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CHRISTOPHER GEORGE WILEY** | **CIVIL ACTION** |
|    Plaintiff | |
| **VERSUS** | **NO. 13-5040** |
| **22nd J.D.C. CLERK, et al.** | **SECTION "E"** |
|    Defendants | |

### ORDER OF DISMISSAL

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the lack of any objections thereto, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion.  Accordingly,

**IT IS ORDERED** that Plaintiff Christopher George Wiley's petition for a writ of habeas corpus is **DISMISSED WITHOUT PREJUDICE** for failure to exhaust state court remedies.

**New Orleans, Louisiana, this 17th day of January, 2014.**


_____
       **SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**